JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORENE DELACRUZ, <br><br> Petitioner, <br><br> v. <br><br> KIMBERLY HUGHES, <br><br> Respondent. | CASE NO. 2:15-CV-09788-SJO (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Denying Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 19, 2017

*S. James Otero*

HON. S. JAMES OTERO
U.S. DISTRICT JUDGE